*E-filed: October 1, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAYRA GUERRERO, YESENIA GUERRERO, GESEL GUERRERO, JUAN QUEZADA,<br><br>　　　　Plaintiffs,<br>　v.<br>CITY OF SAN JOSE, ET AL,<br><br>　　　　Defendants. | No. C11-02017 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

　　　　The court is informed that the parties have reached a settlement. Accordingly, all pending case management deadlines have been vacated, including the October 2, 2012 Pretrial Conference. All parties shall appear on **November 6, 2012 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **October 30, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a

dismissal. However, if a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: October 1, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Counsel for both sides are admonished for failing to comply with this Court's Standing Order Re: Pretrial Preparation. All pretrial submissions that were made were untimely. Some required submissions were never made at all. And, neither side fully and properly complied with paragraphs B.8(f) "Witnesses to be Called" or B.8(g) "Exhibits, Schedules and Summaries." The Court expects better work next time.

**C 12-02985 HRL Notice will be electronically mailed to:**

Edward Cullen		efcullen@wpclaw.com
Gina Beltramo		gallendorf@chdlawyers.com
Richard Grotch		rgrotch@chdlawyers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3